COURT'S EXHIBIT NO. 16
IDENTIFICATION/EVIDENCE
DKT# 20.98
DATE: 5/3/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -                                     Docket No. **20-CR-98 (FB)**

TIMOTHY MARTINEZ,

                Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## VERDICT

### COUNT ONE (Jane Doe 1)

1. How do you find the defendant, Timothy Martinez, on the charge of sexual exploitation of a minor?

        Guilty __X__     Not Guilty _____

*If you answered "Not Guilty," answer Question 2. Otherwise, go on to Count Two.*

2. How do you find the defendant, Timothy Martinez, on the charge of attempted sexual exploitation of a minor?

        Guilty _____     Not Guilty _____

*Go on to Count Two.*

## COUNT TWO (Jane Doe 2)

3. How do you find the defendant, Timothy Martinez, on the charge of sexual exploitation of a minor?

    Guilty __X__    Not Guilty _____

*If you answered "Not Guilty," answer Question 4. Otherwise, go on to Count Three.*

4. How do you find the defendant, Timothy Martinez, on the charge of attempted sexual exploitation of a minor?

    Guilty _____    Not Guilty _____

*Go on to Count Three.*

## COUNT THREE

5. How do you find the defendant, Timothy Martinez, on the charge of receipt of child pornography?

    Guilty _____    Not Guilty __X__

*If you answered "Not Guilty," answer Question 6. Otherwise, go on to Count Four.*

6. How do you find the defendant, Timothy Martinez, on the charge of attempted receipt of child pornography?

    Guilty __X__    Not Guilty _____

*Go on to Count Four.*

## COUNT FOUR

7.  How do you find the defendant, Timothy Martinez, on the charge of possession of child pornography?

        Guilty __X__       Not Guilty _____

*Your verdict is complete. Have your foreperson sign and date this form, and return to the courtroom.*

_____
FOREPERSON

May __3__, 2023
Brooklyn, New York